IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TROY D. PRICE, JR. | : | |
| | : | |
| v. | : | CIVIL NO. CCB-11-1735 |
| | : | |
| ATLANTIC RO-RO CARRIERS, INC., ET AL. | : | |

...o0o...

## MEMORANDUM

Now pending and fully briefed is the motion for summary judgment filed by defendant Baltic Mercur. It will be granted.

Familiarity with the facts and applicable law as set forth in *Price v. Atlantic Ro-Ro Carriers*, 45 F.Supp.3d 494 (D. Md. 2014) is presumed. The reasons for granting summary judgment to ARRC apply equally to Baltic Mercur.

First, under the technical management agreement between Baltic Mercur and Mos Shipping, Baltic Mercur was responsible for crewing, accounting, and other technical services, but not for the actual operation of the vessel. Second, as to the duties under *Scindia*, (active control or to intervene), the evidence shows that Baltic Mercur had none of its own personnel on board the Vessel, exercised no active control over the loading/unloading operations in which the plaintiff Troy Price was involved, and had no actual knowledge of the alleged dangerous conditions that led to Mr. Price being injured. Mr. Price offers nothing specific to rebut Baltic Mercur's evidence, and cited no case imposing *Scindia* liability on a technical manager such as Baltic Mercur.

A separate Order follows.

| | |
|---|---|
| May 12, 2017 | /S/ |
| Date | Catherine C. Blake |
| | United States District Judge |